3

UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF ARIZONA



FILED

MAY 1 9 2025

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZ⊙ ⁝⁝

| | | |
|---|---|---|
| In re: | ) | Chapter 7 Bankruptcy |
| | ) | |
| Tiffany Ann West, | ) | 25-BK-03613 PC |
| Debtor. | ) | Adv.Proc.No: 25-ap-160-ps |
| | ) | |
| | ) | Honorable |
| Tiffany Ann West, | ) | |
| Plaintiff | ) | |
| v. | ) | |
| United States Department Of Education, | ) | |
| Defendant. | ) | |

## COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN

    1. The Debtor, Tiffany Ann West, brings this action, pro se, for the discharge of her federal student loan debt under the "undue hardship" provision set out in 11 U.S.C. §523(a)(8).

    2. The Debtor filed this case under chapter 7 of the Bankruptcy Code on April 24, 2025. This Court thus has jurisdiction over this action under 28 U. S.C. §1334. This proceeding is a core proceeding. The Debtor consents to the entry affinal orders of judgment by the Bankruptcy Court in this matter.

    3. One of the unsecured debts owed by the Debtor and listed in Schedule E/F is

5. This loan in the original amount of $73,659.62 was incurred to pay tuition and provide funds for necessary school related supplies at University of Phoenix to obtain a Bachelor's Degree in Criminal Justice and Grand Canyon University to obtain a Masters Degree in Behavioral Science. Debtor enrolled with University of Phoenix in 2009 in which she obtained her Associates Degree in 2011. Debtor then enrolled into the Bachelors program in 2011 and withdrew from the Bachelor's program at University of Phoenix in September of 2013 when she was informed by University of Phoenix that they would not assist her in job placement after receiving her Associates Degree as she was promised when she enrolled. She never returned to complete her Bachelor's degree due to lack of support as promised and after being informed of the class action lawsuit against University of Phoenix in which she was notified that she was to be included in and would be informed of actions being taken including her student loans being forgiven due to the misrepresentation and price gouging by University of Phoenix. After years passing and the inability to communicate with anyone regarding the lawsuit and applying for loan forgiveness on two separate occasions with the most recent one being in December of 2022, she enrolled at Grand Canyon University in June of 2023 in the hopes of obtaining a degree in a field that would better provide for her and her family. Debtor was forced to withdraw from Grand Canyon University in September of 2023 due to being at the maximum borrowing amount due to over-charge by University of Phoenix and the inability to fund the tuition costs on her own.

6. Prior to withdrawing from University of Phoenix. Debtor worked in the auto parts industry, and was never able to find employment in the area of criminal justice after obtaining her Associates Degree and was informed that University of Phoenix is not considered an accredited college in which she was not when she enrolled with University of Phoenix. She's aware that not possessing any degree higher than an Associates Degree in either of the mentioned fields, makes it impossible for her to obtain employment that would allow her to make a decent sustainable wage. In the past 10 years, she's worked in the auto parts industry, behavioral health, and currently works in child development/social work. Debtor is currently employed however, earns

approximately forty eight percent below the median household income in the state of Arizona where she resides. Debtor provides financial support and also cares for her adult son who is diagnosed with schizoaffective disorder (bi-polar type), depression, and anxiety.

7. The Debtor's long-term financial situation is unlikely to improve due to the minimal wages that are offered in the area she resides. Debtor has not been able to obtain employment that would pay her a living wage without obtaining a minimum of a bachelor's degree or additional training. She feels very stagnant career-wise and financially. The cost of living continues to increase, and she has no opportunities to obtain a better wage with an alternate employer as she is currently earning a higher wage than what is normally offered in her area.

8. The Debtor has demonstrated good faith with regard to repayment of the student loan debt. Her student loans have been in forbearance due to not having the ability to repay the student loan debt due to lack of income. She is proactive in ensuring her account is in good standing and is in contact with the Department Of Education when it is necessary. The Debtor has also made good faith efforts to obtain employment with a higher wage to maximize her income as well as has minimized expenses.

9. The Debtor currently does not have any extra available income or resources with which to pay the aforementioned loan and any payments on that loan could be made only at a great hardship to the Debtor. Excepting the loans from discharge would impose an undue hardship.

WHEREFORE, the Debtor asks that this Court enter an Order declaring the student loan debt of the Debtor to be dischargeable in this case.

Dated: May 8, 2025

Respectfully Filed,

Tiffany Ann West